## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### CASE NOS.: 5:22-cv-00016-BO, 5:22-cv-00035-BO

|  |  |  |
|---|---|---|
| | ) | Appeal from Bankruptcy Adversary |
| | ) | Proceeding No. 19-00147-5-DMW |
| JOHN LEE WILES, | ) | |
| | ) | |
| *Appellant/Cross-Appellee,* | ) | **ORDER GRANTING** |
| | ) | **JOINT MOTION TO** |
| v. | ) | **DISMISS** |
| | ) | **APPEAL AND CROSS-APPEAL** |
| TONY RAY SIMMONS, JR., | ) | |
| | ) | |
| *Appellee/Cross-Appellant.* | ) | |

UPON JOINT MOTION OF Appellant/Cross-Appellee John Lee Wiles and Appellee/Cross-Appellant Tony Ray Simmons, Jr., by and through their respective counsel, in the above-referenced case, praying for dismissal of the related appeals docketed in this Court as case nos. 5:22-cv-00016-BO and 5:22-cv-00035-BO, and for good cause shown in the Motion,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. Case nos. 5:22-cv-00016-BO and 5:22-cv-00035-BO are hereby DISMISSED; and,

2. Each party shall bear his own costs and fees.

This the __15__ day of July, 2022.

*Terrence W. Boyle*

Judge Terrence W. Boyle